✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   7:12-CR-00008-002 (WLS) |
| **EARL WILCOX JR** | |

On October 22, 2012, Earl Wilcox Jr. was committed to the custody of the Bureau of Prisons for a term of 180 months followed by 5 years on supervised release for the offense of Possession of 280 Grams or More of Cocaine Base with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii).

The defendant filed a Motion for Early Termination of Supervised Release (Doc. 215) on January 22, 2026. Earl Wilcox Jr. has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Wilcox be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____*9th*_____ day of _____*March*_____, 2026.

_____
W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE